American Bread Wrapper Company, appellant, v. John A. Anderson and C. A. Gustafson, trading as Anderson & Gustafson, appellees. Gen. No. 26,290.

Action for damages for breach of contract to sell and deliver wax "at once." Judgment on a directed verdict for a nominal sum. Appeal from the Municipal Court of Chicago; the Hon. John A. Swanson, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed May 16, 1921.

West & Eckhart, for appellant. Alden, Latham & Young, for appellees; Charles Martin, of counsel.

Mr. Justice Dever delivered the opinion of the court.

---

Alexander Lipps, appellee, v. Anton J. Cermak, bailiff of municipal court of Chicago, on appeal of Anna L. McCoid, appellant. Gen. No. 26,310.

Suit for wrongful levy on an automobile. Judgment for plaintiff. Appeal from an order permitting an attorney to enter his appearance for one of defendants. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded with directions. Opinion filed May 16, 1921.

H. C. Rumery, for appellant. Harry H. Felgar, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

S. Brown, appellee, v. A. M. Ford and T. A. Hannon, appellants. Gen. No. 26,334.

Suit to recover the value of goods stolen from plaintiff's room in a hotel operated by defendants. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John K. Prindiville, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed May 16, 1921.

W. O. Robinson, for appellants; W. B. Wilson, of counsel. Cooke, Sullivan & Ricks, for appellee; Frank A. Lasley and Edward H. Fiedler, of counsel.

Mr. Justice Dever delivered the opinion of the court.

---

Willis T. Roberts, administrator of the estate of Samuel C. Roberts, deceased, appellant, v. Thomas A. Sheridan, appellee. Gen. No. 26,344.

Suit by administrator against a police officer for causing the death of deceased. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. Jacob H. Hopkins, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed May 16, 1921.

Knight & Mohr and John Gutknecht, for appellant. No appearance for appellee.